IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLES RICHARD JOHNSON                          PLAINTIFF

v.               No. 3:12-cv-189-DPM-HDY

LARRY MILLS, Sheriff of
Poinsett County; and SUSAN COX,
Nurse, Poinsett County Detention Center            DEFENDANTS

### ORDER

Magistrate Judge H. David Young has recommended, *Document No. 6*, that the Court dismiss Johnson's complaint for noncompliance with his Order to pay the filing fee or file an *in forma pauperis* petition within 30 days. *Document No. 2*. Johnson has not objected. He didn't receive the Order; mailings to him have been returned as undeliverable since July. On review for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts Judge Young's recommendation as its own Order. Johnson's complaint is dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2012