IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHARLES RICHARD JOHNSON**                                            **PLAINTIFF**

v.                              No. 3:12-cv-189-DPM

**LARRY MILLS, Sheriff of
Poinsett County; and SUSAN COX,
Nurse, Poinsett County Detention Center**                              **DEFENDANTS**

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2012